IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY AND SANDRA WILLISCH<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA | Civil Action No. 09-5276-TJS |
| JEFFREY D. JUSTICE, II<br><br>v.<br><br>NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA | Civil Action No. 10-5469-TJS |
| JOHN S. TOMAINE, et al.<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY | Civil Action No. 13-5408-TJS |

## **STIPULATION AND PROPOSED ORDER**

Whereas, pursuant to the terms of the parties' Settlement Agreement, Plaintiffs have filed a Consolidated Amended Complaint; and

Whereas, Plaintiffs are seeking Court approval of the Settlement Agreement pursuant to Fed. R. Civ. P. 23(e),

The parties hereby stipulate as follows:

1. Defendants named in the Consolidated Amended Complaint, including all Defendants that have not previously appeared in these cases, accept service of the Consolidated Amended Complaint.

2. Pursuant to the terms of the parties' Settlement Agreement, Defendants are under no obligation to respond to the Consolidated Amended Complaint pending the Court's consideration of whether to approve the parties' settlement pursuant to Fed. R. Civ. P. 23(e).

| | |
|---|---|
| /s/Ira Neil Richards | /s/Daniel M. Blouin |
| Ira Neil Richards (Atty. I.D. 50879) | Daniel M. Blouin |
| SCHNADER HARRISON SEGAL & LEWIS LLP | Seyfarth Shaw LLP |
| 1600 Market Street, Suite 3600 | 131 South Dearborn Street, Suite 2400 |
| Philadelphia, PA 19103 | Chicago, IL 60603-5577 |
| Telephone: (215) 751-2503 | Telephone: (312) 460-5966 |
| Facsimile: (215) 751-2205 | Facsimile: (312) 460-7966 |
| **LEAD COUNSEL FOR PLAINTIFFS** | **ATTORNEY FOR DEFENDANTS** |

SO ORDERED:

_____

Dated: